**Order entered April 23, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01284-CV**

**IN RE VENATOR MATERIALS, PLC, Relators**

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02030**

**ORDER**
Before Justices Bridges, Osborne, and Carlyle

At relators' request, we abated this original proceeding pending the issuance of the mandate in a related appeal. Because the mandate in that appeal has issued, we **REINSTATE** this original proceeding.

Before the Court is the unopposed motion to dismiss filed by relators Venator Materials PLC, Simon Turner, Kurt D. Ogden, Stephen Ibbotson, and Russ R. Stolle's (collectively, Venator relators) and Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Inc., Goldman Sachs & Co. LLC, and J.P. Morgan Securities LLC (the Underwriter relators). We **GRANT** the motion and

1

dismiss this original proceeding with respect to the Venator relators and the Underwriter relators.

The opposed motion to transfer venue of this proceeding with respect to the remaining parties, Huntsman Corporation, Huntsman International LLC, and Huntsman (Holdings) Netherlands B.V.'s (collectively, Huntsman relators), is also before the Court. Pursuant to the procedure set forth in *Miles v. Ford Motor Co.*, 914 S.W.2d 135, 137 n.2 (Tex. 1995) (per curiam), the Court refers the Huntsman relators' motion to the Texas Supreme Court. In light of this Court's opinion in a related appeal, *Venator Materials PLC v. Macomb County Employees' Retirement System*, 05-19-01177-CV, 2020 WL 289296 (Tex. App.—Dallas Jan. 21, 2020, no pet.) (mem. op.), the Court does not object to the transfer.

We **ABATE** this original proceeding pending disposition of the motion to transfer.

/s/    LESLIE OSBORNE
       JUSTICE

2